

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**                                **OFFICE OF THE CLERK**
CLERK                                                                          Telephone: (312) 435-5698

June 23, 2008

Mr. Norbert G. Jaworski, Clerk
United States District Court
104 Melvin Price Federal Building and
  United States Courthouse
750 Missouri Avenue
East St. Louis, Illinois  62201

                   RE: James G. Turner-El Vs. Richard D. Pautler, et al,
                       <u>U.S. District Court, N.D. IL, E.Div., Case #08cv3421-Judge Moran</u>

Dear Clerk:

Pursuant to the order of entered by the Honorable James B. Moran on June 19, 2008, the above record

- was electronically transmitted to Central District of Illinois, Urbana.

- The following paper documents are being transferred to the court by certified mail
  Document numbers:  1 (copy of complaint and service copies) and 6.

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

                                             Sincerely yours,

                                             Michael W. Dobbins, Clerk

                                             /s/ Angela Revis,
                                             Deputy Clerk

Enc.

cc: James G. Turner-El
     IL Dept. of Corrections

New Case No. _____   Date _____