

# FILED

JUL 0 3 2008

Jul 3, 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>08-CV-3421<br><br>Mr. Norbert G. Jaworski, Clerk<br>United States District Court<br>104 Melvin Price Federal Building & US Courthouse<br>750 Missouri Avenue<br>East St. Louis, IL 62201 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:   ☐ No<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7006 0100 0001 7313 0391 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |