

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604



MICHAEL W. DOBBINS
CLERK

OFFICE OF THE CLERK
Telephone: (312) 435-5698

June 23, 2008

Mr. Norbert G. Jaworski, Clerk
United States District Court
104 Melvin Price Federal Building and
 United States Courthouse
750 Missouri Avenue
East St. Louis, Illinois 62201

RE: James G. Turner-El Vs. Richard D. Pautler, et al,
U.S. District Court, N.D. IL, E.Div., Case #08cv3421-Judge Moran

Dear Clerk:

Pursuant to the order of entered by the Honorable James B. Moran on June 19, 2008, the above record

- was electronically transmitted to Central District of Illinois, Urbana.

- The following paper documents are being transferred to the court by certified mail
  Document numbers:   1 (copy of complaint and service copies) and 6.

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

/s/ Angela Revis,
Deputy Clerk

Enc.

cc: James G. Turner-El
    IL Dept. of Corrections

New Case No. 08-455-DRH    Date June 30, 2008