

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

750 Missouri Avenue
P. O. Box 249
East St. Louis, IL 62202
618/482-9371

Norbert G. Jaworski

July 1, 2008



# NOTICE OF CASE NUMBER ASSIGNMENT

James G. Turner-El
N01161
Menard Correctional Center
P.O. Box 711
Menard, IL 62259

Re:   Turner-El vs Pautler et al
      Previous Civil No.: 08-342-JBM
      Previous Court: Northern District of Illinois
      New No.: 08-455-DRH
      Judge Assigned: Chief Judge David R. Herndon

The above case has been transferred to the U.S. District Court at East St. Louis, Illinois.

All future pleadings must bear the new case number.

Forms, User's Manual, etc. are available on our website:
www.ilsd.uscourts.gov

Norbert G. Jaworski,
Clerk of Court

Copy to Northern District of Illinois

CV-19
(9/04)