Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3421 | **DATE** | July 10, 2008 |
| **CASE TITLE** | James G Turner-El (N-01161) v. Pautler, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion in support of issuing of a temporary restraining order or a preliminary injunction [9] is denied for lack of jurisdiction.

*James B. Moran*

■[ For further details see text below.]

Docketing to mail notices.

## STATEMENT

On June 23, 2008, Plaintiff's suit was transferred to the United States District Court for the Southern District of Illinois at East St. Louis, Illinois. On June 26, 2008, Plaintiff filed a motion in support of issuing of a temporary restraining order or a preliminary injunction in this Court. In light of the transfer of the case to the United States District Court for the Southern District of Illinois, Plaintiff's motion is denied for lack of jurisdiction.

U.S. DISTRICT COURT
CLERK

2008 JUL 10 PM 4:48

JJD

FILED-EDC